# EXHIBIT A-1

# FILED UNDER SEAL