# EXHIBIT D

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

| | |
|---|---|
| G & G Midway, LLC,<br>Plaintiff(s),<br><br>v.<br><br>SSP America, Inc.,<br>Defendant(s). | Case No: 2026CH04728<br>Calendar 7 |

**ORDER**

THIS MATTER coming before the Court on Plaintiff's Emergency Motion for Leave to Seal Complaint and Exhibits, the Plaintiff having provided the Court a courtesy copy of the Motion and the Complaint, the Court being fully advised on the matter. It is hereby ordered:

The Court declines to hear this motion as an emergency. Plaintiff may spindle the motion to receive a presentment date on the Court's regular 9:30 a.m. court call.

Entered:

Judge Eve M. Reilly

**Judge Eve M. Reilly**
**MAY 19 2026**
**Circuit Court-2122**

Judge Eve M. Reilly
(312) 603-3342
ccc.chancerycalendar7@cookcountyil.gov
Courtroom 2405