# EXHIBIT E

FILED
5/19/2026 3:40 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026CH04728
Calendar, 7
38161674

FILED DATE: 5/19/2026 3:40 PM 2026CH04728

**ATTY. NO. 11241**

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

| | | |
|---|---|---|
| G&G MIDWAY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JURY DEMANDED** |
| | ) | |
| SSP AMERICA, INC., | ) | Case No.: 2026 CH 04728 |
| | ) | |
| Defendant. | ) | Calendar 7 |

**PLAINTIFF'S MOTION FOR LEAVE**
**TO SEAL COMPLAINT AND EXHIBITS**

Plaintiff G&G MIDWAY, LLC, by and through its attorneys Rathje Woodward LLC, respectfully files its Motion for Leave to File Complaint and Exhibits Under Seal, and in support thereof, states as follows:

1. On May 15, 2026, Plaintiff submitted for filing the Complaint and attached four exhibits. Relevant to this Motion, the Complaint made reference to the terms of a brand licensing agreement (the "Agreement") and its subsequent amendments, which were attached as Exhibits A, B, and C.

2. On May 18, 2026, the Clerk of the Court accepted the Complaint and all its exhibits, and they are now collectively publicly available in this Court's docket.

3. However, the terms of the Agreement are confidential. Section 8.1 of the Agreement specifically designates as confidential information "the terms and provisions of this Agreement."

4. The failure to initially file under seal was due to administrative inadvertence.

FILED DATE: 5/19/2026 3:40 PM 2026CH04728

5. Plaintiff consequently now moves to have Complaint paragraphs 21-34, 45-46, and 49 (which cites direct language in the Agreement) redacted, have Exhibits A-C impounded from the public record, and for leave to have the foregoing Exhibits under seal.

6. While filings with courts are public records, the right to access judicial records is not absolute. *In re Marriage of Kelly*, 2020 IL App (1st) 200130, ¶ 31. To overcome the common law presumption, the party opposing public access must establish both that there is a compelling interest favoring a closed file and that the protective order is drafted in the least restrictive manner possible. *Id.*

7. Here, compelling interest favors redacting Complaint's paragraphs 21-34, 45-46, and 49 and filing Exhibits A-C under seal. As stated above, Exhibits A-C constitute the Agreement and two of its subsequent amendments. Both parties in this case not only executed the Agreement but also negotiated its terms, including Section 8.1, which designates the Agreement's terms and provisions as confidential. Therefore, this Court should allow Complaint's paragraphs 21-34, 45-46, and 49 to be redacted and Exhibits A-C to be filed under seal to promote the interests of both parties.

8. Moreover, Plaintiff is seeking to restrict from the public record a specific, limited number of documents. Plaintiff is not requesting this Court to allow the entire Complaint and exhibits to be filed under seal. Plaintiff is only requesting Complaint's paragraphs 21-34, 45-46, and 49 be redacted and Exhibits A-C to be impounded and

FILED DATE: 5/19/2026 3:40 PM 2026CH04728

filed under seal. This request is narrowly tailored to keep confidential terms out of the public eye without unduly restricting the public view of this proceeding.

9. Plaintiff files this Motion in good faith and for the purposes of promoting both parties' interests in keeping the terms and provisions of the Agreement confidential.

**WHEREFORE**, for the reasons set forth herein, the Plaintiff respectfully requests that this Honorable Court to (1) impound Exhibits A, B, and C, which were attached to the Complaint, (2) allow Complaint's paragraphs 21-34, 45-46, and 49 to be redacted, (3) allow Exhibits A, B, and C to be sealed, and (4) to grant any other relief this Court deems just and proper.

Dated: May 19, 2026

Respectfully submitted,
**G AND G MIDWAY, LLC**

By: */s/ Ronald D. Menna, Jr.*
One of Its Attorneys

Ronald D. Menna, Jr.
Gilberto Gonzalez
Rathje Woodward LLC
300 E. Roosevelt Road, Suite 220
Wheaton, IL 60187
(630) 668-8500
Menna@rathjelaw.com
GGonzalez@rathjelaw.com
Cook County Attorney No. 11241
*Attorneys for Plaintiff*

FILED DATE: 5/19/2026 3:40 PM 2026CH04728

**CERTIFICATE OF SERVICE**

I, Ronald Menna, Jr., an attorney, certify under section 1-109 of the Code of Civil Procedure that I served the foregoing ***Plaintiff's Motion for Leave to Seal Complaint and Exhibits***, by the Court's ECF and email, addressed as above, on May 19, 2026.

By: */s/ Ronald D. Menna, Jr.*
One of Its Attorneys

Ronald D. Menna, Jr.
Gilberto Gonzalez
Rathje Woodward LLC
300 E. Roosevelt Road, Suite 220
Wheaton, IL 60187
(630) 668-8500
Menna@rathjelaw.com
GGonzalez@rathjelaw.com
Cook County Attorney No. 11241
*Attorneys for Plaintiff*