# EXHIBIT F

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 7

FILED
5/19/2026 5:05 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026CH04728
Calendar, 7
38164292

FILED DATE: 5/19/2026 5:05 PM 2026CH04728

**ATTY. NO. 11241**

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

| | | |
|---|---|---|
| G&G MIDWAY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2026 CH 04728 |
| | ) | |
| SSP AMERICA, INC., | ) | Calendar 7 |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**

**PLEASE TAKE NOTE THAT** on **May 26, 2026, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before Judge Eve M. Reilly in Courtroom 2405 of the Richard J. Daley Center, 50 West Washington, Chicago, IL 60602 or any other Judge sitting in her place and stead, via Zoom, and shall then and there present **Plaintiff's Motion for Leave to Seal Complaint and Exhibits**, a true and complete copy of which is attached hereto and is hereby served upon you, and request a hearing thereon *instanter*.

Zoom Meeting ID: **943 7767 4389** Zoom Passcode: **980847**
Dial-in Number: (312) 626-6799

By: /s/ Ronald D. Menna, Jr.
Plaintiff's Attorney

## CERTIFICATE OF SERVICE

Ronald D. Menna, Jr., an attorney, pursuant to section 1-109 of the Code of Civil Procedure, certifies that I served the foregoing **Notice of Motion**, and **Plaintiff's Motion for Leave to Seal Complaint and Exhibits** by the Court's ECF on May 19, 2026.

By: /s/ Ronald D. Menna, Jr.
Plaintiff's Attorney

Ronald D. Menna, Jr. Menna@rathjelaw.com
RATHJE WOODWARD LLC
Suite 220
300 E. Roosevelt Road
Wheaton, IL 60187
630-668-8500
Atty. No. 11241