# EXHIBIT G

**12-Person Jury**

FILED
5/26/2026 11:36 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2026CH04728
Calendar, 7
38244753

FILED DATE: 5/26/2026 11:36 AM 2026CH04728

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

| | |
|---|---|
| G&G MIDWAY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SSP AMERICA, INC.,<br><br>Defendant. | **JURY DEMANDED**<br><br>Case No. 2026 CH 04728<br>Calendar 7 |

**APPEARANCE AND JURY DEMAND**

X **General Appearance**
X **Jury Demand** (12 Person)

○ **Appearance - Fee Paid**
○ **Appearance- No Fee**
○ **Appearance Filed - Fee Waived**
X **Appearance & Jury Demand – Fee Paid**
○ **Appearance & Jury Demand - No Fee**

**The undersigned enters the appearance of:** ___ Plaintiff  _X_ Defendant

**SSP America, Inc.**

/s/ Gregory J. Scandaglia
SIGNATURE

X **INITIAL COUNSEL OF RECORD**
☐ **ADDITIONAL APPEARANCE**
☐ **PRO SE**
☐ **SUBSTITUTE APPEARANCE**

ATTORNEY
Gregory J. Scandaglia
Joseph R. Swee
PORTER WRIGHT MORRIS & ARTHUR LLP (Firm ID No. 63439)
321 N. Clark St., Suite 400
Chicago, IL 60654
Phone: (312) 756-8500
Primary Email: gscandaglia@porterwright.com
Secondary Email: jswee@porterwright.com

FILED DATE: 5/26/2026 11:36 AM 2026CH04728

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify under section 1-109 of the Code of Civil Procedure that I served the foregoing **Appearance and Jury Demand of Defendant SSP America, Inc.** by the Court's ECF and email, addressed as below, on May 26, 2026.

Ronald D. Menna, Jr.
Gilberto Gonzalez
Rathje Woodward LLC
300 E. Roosevelt Road, Suite 220
Wheaton, IL 60187
(630) 668-8500
Menna@rathjelaw.com
GGonzalez@rathjelaw.com
*Attorneys for Plaintiff G&G Midway, LLC*

/s/ Gregory J. Scandaglia
*Counsel for Defendant SSP America, Inc.*