# EXHIBIT H

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| G & G MIDWAY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SSP AMERICA, INC.,<br><br>Defendant. | Case No.: 2026 CH 04728<br><br>Calendar 7<br><br>Judge Eve M. Reilly<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

This cause coming before the Court on Plaintiff's Motion to Seal Complaint and Exhibits; due notice having been given; Plaintiff being present through counsel via zoom; and this Court being duly advised in the premises:

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Seal Complaint and Exhibits is hereby entered and continued to **May 28, 2026, at 9:30 AM**, in Courtroom 2405, via zoom conference at:

Zoom Meeting ID: 943 7767 4389
Zoom Passcode: 980847

Dial-in Number: (312) 626-6799

https://circuitcourtofcookcounty.zoom.us/j/94377674389?pwd=azNPVGpCNld5MTFocHJmTkdWeXE5Zz09

Judge Eve M. Reilly
MAY 26 2026
Circuit Court-2122

**Name:** Rathje Woodward, LLC
**Atty. for:** Plaintiff
**Address:** Suite # 220, 300 E Roosevelt Rd
**City:** Wheaton, Illinois 60187
**Telephone:** 630-668-8500
**Atty. No.:** 11241
**Email:** Menna@rathjelaw.com

**Dated:**________________

**Entered:**________________
**Judge** **Judge's No.**