# EXHIBIT I

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| G & G MIDWAY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SSP AMERICA, INC.,<br><br>Defendant. | Case No.: 2026 CH 04728<br>Calendar 7<br>Judge Eve M. Reilly<br>**JURY TRIAL DEMANDED** |

**ORDER**

This cause coming before the Court on Plaintiff's Motion to Seal Complaint and Exhibits; due notice having been given; the parties being present through counsel via zoom; and this Court being duly advised in the premises:

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Seal Complaint and Exhibits is hereby granted. Complaint paragraphs 21-34, 45-46, 49, and 88, are hereby redacted, and Exhibits A, B, and C are impounded.

2. Plaintiff is to submit a Complaint with these redactions and without the impounded exhibits, which the Clerk is to use as the Complaint in the public record.

3. This case is continued for Case Management Conference to **July 27, 2026, at 9:45 AM**, in Courtroom 2405, via zoom conference at:

Zoom Meeting ID: 943 7767 4389
Zoom Passcode: 980847

Dial-in Number: (312) 626-6799

https://circuitcourtofcookcounty.zoom.us/j/94377674389?pwd=azNPVGpCNld5MTFocHJmTkdWeXE5Zz09

Judge Eve M. Reilly
MAY 28 2026
Circuit Court-2122

**Name:** Rathje Woodward, LLC
**Atty. for:** Plaintiff
**Address:** Suite # 220, 300 E Roosevelt Rd
**City:** Wheaton, Illinois 60187
**Telephone:** 630-668-8500
**Atty. No.:** 11241
**Email:** Menna@rathjelaw.com

**Dated:** ______________________

**Entered:** ER 2122
**Judge** **Judge's No.**